IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STACEY BALLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:23cv629-MHT |
| ) | (WO) |
| STATE OF ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit complaining about harassment by confidential informants. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of June, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**